**Elbert Maurice MAYFIELD, Petitioner-Appellant,**

v.

**Justin ANDREWS, Warden, Respondent-Appellee.**

No. 17-6254

United States Court of Appeals, Fourth Circuit.

Submitted: June 20, 2017

Decided: June 23, 2017

Elbert Maurice Mayfield, Appellant Pro Se. Seth Morgan Wood, Assistant United States Attorney, Raleigh, North Carolina, for Appellee.

Before SHEDD, WYNN, and DIAZ, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Elbert Maurice Mayfield, a federal prisoner, appeals the district court's order and

judgment dismissing his 28 U.S.C. § 2241 (2012) petition. We have reviewed the record and find no reversible error. Accordingly, although we grant leave to proceed in forma pauperis, we affirm for the reasons stated by the district court. *Mayfield v. Andrews*, No. 5:15-hc-02170-BO (E.D.N.C. Feb. 10, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*